1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12 SINA MIRTORABI AND LEILA DJEMA,      )
                                        ) No. C 07-0379 JW
13           Plaintiffs,                )
                                        )
14     v.                               ) **STIPULATION TO EXTEND DATES;**
                                        ) **and [PROPOSED] ORDER**
15 MICHAEL CHERTOFF, Secretary          )
   EMILIO T. GONZALEZ, Director, CIS    )
16 DONALD NEUFELD, CSC Director         )
   Department of Homeland Security,    )
17                                      )
             Defendants.                )
18 _____ )

19     Plaintiffs, by and through their attorneys of record, and Defendants, by and through their

20 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

21     1. Plaintiff filed this action on or about January 19, 2007.  The United States Attorney's Office

22 was served on March 7, 2007.

23     2. Pursuant to this Court's January 19, 2007 Order Setting Initial Case Management

24 Conference, the parties are required to file a joint case management statement on April 30, 2007,

25 and attend a case management conference on May 7, 2007.

26     3. In order to allow sufficient time for Defendants to consider an alternative resolution to this

27 case and/or Answer and prepare a joint case management statement, the parties hereby respectfully

28 ask this Court to extend the dates in the Court's scheduling order as follows:

Stipulation to Extend Dates
C07-0379 JW                              1

| | | |
|---|---|---|
| 1 | Last day for Defendants to file an Answer | May 7, 2007 |
| 2 | Last day to file Joint ADR Certification | May 14, 2007 |
| 3 | Last day to file/serve Joint Case Management Statement: | May 28, 2007 |
| 4 | Case Management Conference: | June 4, 2007 at 10:00 AM. |

Dated: March 15, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: March 15, 2007

/s/
CHRISTINA LEE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  3/19/2007

JAMES WARE
United States District Judge

Stipulation to Extend Dates
C07-0379 JW                                         2