1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 SINA MIRTORABI AND LEILA DJEMA,        )
                                          ) No. C 07-0379 JW
13           Plaintiffs,                  )
                                          )
14        v.                              ) **PARTIES' JOINT REQUEST TO BE**
                                          ) **EXEMPT FROM FORMAL ADR**
15 MICHAEL CHERTOFF, Secretary            ) **PROCESS**
   EMILIO T. GONZALEZ, Director, CIS      )
16 DONALD NEUFELD, CSC Director           )
   Department of Homeland Security,      )
17                                        )
             Defendants.                  )
18 _____)

19       Each of the undersigned certifies that he or she has read either the handbook entitled

20 "Dispute Resolution Procedures in the Northern District of California," or the specified portions of

21 the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute

22 resolution options provided by the court and private entities, and considered whether this case

23 might benefit from any of them.

24       Here, the parties agree that referral to a formal ADR process will not be beneficial because this

25 mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate

26 the applications for adjustment of status.  Given the substance of the action and the lack of any

27 potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax

28 court resources.  Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be

Joint Request for Exemption
C07-0379 JW                              1

1  removed from the ADR Multi-Option Program and that they be excused from participating in the
2  ADR phone conference and any further formal ADR process.
3
4  Dated: May 11, 2007                          Respectfully submitted,
5                                               SCOTT N. SCHOOLS
                                                United States Attorney
6
7
                                                          /s/
8                                               ILA C. DEISS
                                                Assistant United States Attorney
9                                               Attorney for Defendants
10
11 Dated: May 11, 2007                                    /s/
                                                CHRISTINA LEE
12                                              Attorney for Plaintiffs
13
14
                                   **ORDER**
15
       Pursuant to stipulation, IT IS SO ORDERED.
16
17
18 Date:    May 18 2007                         _____
                                                JAMES WARE
19                                              United States District Judge
20

Joint Request for Exemption
C07-0379 JW                                     2