**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Lelia Djema, et al., | NO. C 07-00379 JW |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Michael Chertoff, et al., | |
| Defendants. | |

The Court continues the case management conference currently scheduled for Jun 4, 2007 to **August 13, 2007 at 10 a.m.** to coincide with the hearing on Defendants' motion to dismiss. Please note that the hearing is held at the 9 AM calendar and the conference is held at the 10 AM calendar.

Dated: May 25, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christina Heakyung Lee clee@litwinlaw.com
Edward Ronald Litwin elitwin@litwinlaw.com
Ila Casy Deiss ila.deiss@usdoj.gov

**Dated:  May 25, 2007**                                   **Richard W. Wieking, Clerk**

                                                            **By: /s/ JW Chambers**
                                                                **Elizabeth Garcia**
                                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California