SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

**IT IS SO ORDERED AS MODIFIED**
/s/ James Ware
Judge James Ware
8/23/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SINA MIRTORABI and LEILA DJEMA, | No. C 07-0379 JW |
| Plaintiffs, | STIPULATION TO RESCHEDULING AND [PROPOSED] ORDER |
| v. | |
| MICHAEL CHERTOFF, Secretary, Homeland Security; et al., | |
| Defendants. | |

The Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to reschedule the Case Management Conference, in light of the following:

1. On August 9, 2007, pursuant to the parties' stipulation, the Court vacated the August 13, 2007 hearing and CMC date, deemed the Defendants' Motion to Dismiss withdrawn, and held the case in abeyance.

2. On August 15, 2007, the Department of State issued the September Visa Bulletin, which indicates that Plaintiff's visa number will be current in September.

///

///

STIPULATION TO RESCHEDULING
No. C 07-0379 JW

3. Accordingly, the parties will file cross motions for summary judgment no later than October 1, 2007, noticing November 5, 2007 at 9:00 a.m. for a hearing. Oppositions shall be filed no later than October 15, 2007.

4. Further, the parties request the Court to reschedule the CMC for November 5, 2007, at 9:00 a.m., to coincide with the hearing on the cross-motions for summary judgment. The parties will file a joint case management statement no later than October 29, 2007.

Dated: August 22, 2007

                /s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorney for Defendants

Dated: August 21, 2007

                /s/
EDWARD R. LITWIN
Attorney for Plaintiffs

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference is rescheduled for November 5, 2007 at 10:00 a.m.

Dated: August 23, 2007

JAMES WARE
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.