1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
6  Telephone: (415) 436-6730
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8

*IT IS SO ORDERED*
*Judge James Ware*

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12
   SINA MIRTORABI and LEILA DJEMA,     )   No. C 07-0379 JW
13                                      )
                  Plaintiffs,           )   STIPULATION TO RESCHEDULING
14                                      )   AND [PROPOSED] ORDER
        v.                              )
15                                      )
   MICHAEL CHERTOFF, Secretary,         )
16 Homeland Security; et al.,           )
                                        )
17                Defendants.           )
                                        )
18 _____

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION TO RESCHEDULING
No. C 07-0379 JW

On August 23, 2007, the Court granted the parties' request to reschedule the Case Management Conference ("CMC") and set the briefing schedule for cross motions for summary judgment, with a November 5, 2007 hearing and CMC date. On September 28, 2007, Defendants' attorney was assigned to litigation involving a temporary restraining order. The second hearing on that case is scheduled for November 5, 2007.

Accordingly, the Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to reschedule the hearing on the cross motions for summary judgment and the Case Management Conference from November 5, 2007 to November 19, 2007, at 9:00 a.m.

Dated: October 16, 2007                              /s/
                                                     MELANIE L. PROCTOR[1]
                                                     Assistant United States Attorney
                                                     Attorney for Defendants

Dated: October 16 , 2007                             /s/
                                                     EDWARD R. LITWIN
                                                     Attorney for Plaintiffs

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing on the cross motions for summary judgment and the Case Management Conference is rescheduled for from November 5, 2007 to **November 19, 2007 at 9 AM.** In light of the motions for summary judgment, the Court VACATES the Case Management Conference. The Court will set a new conference date in its order addressing the motions.

Dated: October 16, 2007                              _____
                                                     JAMES WARE
                                                     United States District Judge