1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
6 | Telephone: (415) 436-6730
FAX: (415) 436-7169

7 | Attorneys for Defendants

8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION

12

13 | SINA MIRTORABI and LEILA DJEMA,    )    No. C 07-0379 JW
                                       )
         Plaintiffs,                   )    STIPULATION TO DISMISS; PROPOSED
14                                     )    ORDER
      v.                               )
15                                     )
   MICHAEL CHERTOFF, Secretary,        )
16 | Homeland Security; et al.,         )
                                       )
17 |          Defendants.              )
                                       )

18

19 |     Plaintiffs, by and through their attorneys of record, and Defendants, by and through their

20 | attorneys of record, hereby stipulate, to dismissal of the above-entitled action without prejudice in

21 | light of the fact that the United States Citizenship and Immigration Services has adjudicated

22 | Plaintiffs' applications for adjustment of status.

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

STIPULATION TO DISMISS
No. C 07-0379 JW

1    Each of the parties shall bear their own costs and fees.

2

3    Dated: March 18, 2008                          Respectfully submitted,

4                                                    JOSEPH P. RUSSONIELLO
                                                     United States Attorney
5
                                                     _____/s/_____
6                                                    MELANIE L. PROCTOR[1]
                                                     Assistant United States Attorney
7                                                    Attorneys for Defendants

8

9    Dated: March 18, 2008                          _____/s/_____
                                                     CHRISTINA H. LEE
10                                                   Attorney for Plaintiffs

11

12                              ~PROPOSED~ ORDER

13

14        Pursuant to stipulation, IT IS SO ORDERED.  All pending motions are hereby terminated.  The

15   Clerk shall close the file.

16   Dated:    March 28, 2008                        _____
                                                     JAMES WARE
17                                                   United States District Judge

18

19

20

21

22

23

24

25

26

27   _____

28        [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
     signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
No. C 07-0379 JW                          2